IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| LAWRENCE KIDD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:09-cv-865 |
| | ) | (LMB/JFA) |
| TOM VILSACK, Secretary, | ) | |
| Department of Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S MOTION FOR SANCTIONS

Pursuant to Federal Rules of Civil Procedure 16(f), 37(b), and 41(b), defendant Tom Vilsack, the Secretary of Agriculture, by and through undersigned counsel, hereby moves for sanctions against plaintiff Lawrence Kidd, and respectfully requests the Magistrate Judge to issue a report and recommendation to dismiss this civil action with prejudice consistent with the court's orders of November 20 and 23, 2009. The reasons for granting the motion are stated in the accompanying memorandum of law.

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

*By*:          /s/
Bernard G. Kim
Assistant United States Attorney
Justin W. Williams U. S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314

                                            (703) 299-3911 (direct)
                                            (703) 299-3983 (fax)
                                            bernard.kim@usdoj.gov
                                            *Attorney for the Defendant*

*Of Counsel*:
Dionne Sethna
Department of Agriculture
Office of the General Counsel
1400 Independence Avenue, SW, Rm 3324B-S
Washington, DC 20250-1400
(202) 720-0611 (phone)
(202) 720-4089 (fax)
dionne.sethna@ogc.usda.gov


DATED:  December 11, 2009

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2009, I will serve a true copy of the foregoing to plaintiff, by first-class mail and email, addressed to:

Lawrence Kidd
10784 Pam Drive
Waldorf, MD 20603
(202) 297-5470
larajak@yahoo.com
*Plaintiff Pro Se*

                        /s/
Bernard G. Kim
Assistant United States Attorney
Justin W. Williams U. S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3911 (direct)
(703) 299-3983 (fax)
bernard.kim@usdoj.gov
*Attorney for the Defendant*